**INDIVOS CORPORATION,**
Plaintiff–Appellant,

v.

**BIOMETRIC ACCESS
CORPORATION, Defendant–Appellee.**

No. 02–1284.

United States Court of Appeals,
Federal Circuit.

Aug. 15, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**HILL–ROM INC. and Hill–Rom
Services, Inc., Plaintiffs–
Appellees,**

v.

**OHMEDA MEDICAL and DATEX–
OHMEDA, INC., Defendants–
Appellants.**

No. 02–1435.

United States Court of Appeals,
Federal Circuit.

Aug. 19, 2002.

ON MOTION

RADER, Circuit Judge.

ORDER

Upon consideration of Ohmeda Medical and Datex–Ohmeda, Inc.'s motion for reconsideration of this court's July 11, 2002 order dismissing its appeal for failure to pay the filing fee,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the July 11 order is vacated, and the appeal is reinstated. Ohmeda's brief is due within 30 days of the date of filing of this order.